**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-61925-RS**

US MELON, LLC,

Plaintiff / Counter-Defendant,

v.

LIGHTHOUSE TRANSPORTATION SERVICES, LLC, and JOSEPH MYERS,

Defendants / Counter-Plaintiffs.

---

LIGHTHOUSE TRANSPORTATION SERVICES LLC, and JOSEPH MYERS,

Third-Party Plaintiffs,

v.

SHEEHYUNG SUNG and KEN KODISH,

Third-Party Defendants.

_______________________________________/

## AMENDED FINAL JUDGMENT

Pursuant to the jury verdict entered on October 31, 2022 [DE 147], it is hereby,

**ORDERED that**:

1. Judgment is entered in favor of US Melon, LLC and against Defendants, Lighthouse Transportation Services, LLC and Joseph Myers, in the amount of **$450,000.00**, plus pre-judgment interest in the amount of **$15,679.50**, plus reasonable attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 7th day of February, 2023.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**