## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CV-61925-RS

US MELON, LLC,

      Plaintiff / Counter-Defendant,

v.

LIGHTHOUSE TRANSPORTATION
SERVICES, LLC, and JOSEPH MYERS,

      Defendants / Counter-Plaintiffs.

_____

LIGHTHOUSE TRANSPORTATION
SERVICES, LLC, and JOSEPH MYERS,

      Third-Party Plaintiffs,

v.

SHEEHYUNG SUNG and KEN KODISH,

      Third-Party Defendants.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court on the Magistrate Judge's Paperless Report and Recommendation [DE 172], in which Magistrate Judge Alicia O. Valle recommends that Plaintiff's Motion for Bill of Costs [DE 161] be granted, awarding Plaintiff a total of $884.25 in costs. No objections to the Report and Recommendation have been filed. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given that neither party has filed any objections, it is hereby,

**ORDERED** that:

1.    Magistrate Judge's Paperless Report and Recommendation [DE 172] is **AFFIRMED and ADOPTED**.

2.      Plaintiff's Motion for Bill of Costs [DE 161] is **GRANTED**.

      a.      Plaintiff is awarded a total of $884.25 in costs.

3.      This case shall remain **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 24th day of February, 2023.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record