**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **US MELON LLC,** | : | **Case No. 20-61925-CIV-SMITH** |
| **Plaintiff / Counter-Defendant,** | : | **Judge Rodney Smith** |
| **v.** | : | **Magistrate Judge Alicia O. Valle** |
| **LIGHTHOUSE TRANSPORTATION SERVICES, LLC and JOSEPH MYERS,** | : | |
| **Defendants / Counter-Plaintiffs.** | : | |
| **LIGHTHOUSE TRANSPORTATION SERVICES, LLC and JOE MYERS,** | : | |
| **Third-Party Plaintiffs,** | : | |
| **v.** | : | |
| **SHEEHYUNG SUNG and KEN KODISH,** | : | |
| **Third-Party Defendants.** | : | |

## NOTICE OF APPEAL

Defendants/Counter-Plaintiffs Lighthouse Transportation Services, LLC and Joseph Myers, through undersigned counsel, appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on February 23, 2023.[1]

[1] On February 23, 2023, the Court entered its Order denying Defendants/Counter-Plaintiffs Lighthouse Transportation Services, LLC's and Joseph Myers's Motion for Judgment as a Matter of Law Under Federal Civ. R. 50(b) or to Amend the Judgment Under Federal Civ. R. 59(e). The Amended Final Judgment was entered on February 7, 2023.

Respectfully submitted,

By: */s/ Seth S. Diamond*
Seth Diamond (Florida Bar No. 55714)
Sloto & Diamond
One Datran Center
9100 South Dadeland Boulevard, Suite 1607
Miami, Florida 33156
sdiamond@slotolaw.com
*Attorneys for Lighthouse Transportation Services, LLC and Joseph Myers*

By: */s/ Brian R. Redden*
Brian R. Redden (Pro Hac Vice)
Saba N. Alam (Pro Hac Vice)
BUECHNER HAFFER MEYERS & KOENIG CO., LPA
221 E. Fourth Street, Suite 2300
Cincinnati, Ohio 45202-4125
Phone: (513) 579-1500
Fax: (513) 977-4361
bredden@bhmklaw.com
salam@bhmklaw.com
*Attorneys for Lighthouse Transportation Services, LLC and Joseph Myers*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been delivered to all counsel of record on this 27th day of March, 2023, through the CM/ECF System.

*/s/ Seth Diamond*
Seth Diamond (Florida Bar No. 55714)