**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 31, 2023

FILED BY JE D.C.
May 31, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 23-10981-B
Case Style: US MELON, LLC v. Lighthouse Transportation Services, LLC, et al
District Court Docket No: 0:20-cv-61925-RS

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 23-10981-B

---

US MELON LLC,

Plaintiff - Consol Defendant - Appellee,

versus

LIGHTHOUSE TRANSPORTATION SERVICES, LLC,
JOSEPH MYERS,

Defendants - Consol Plaintiffs - Appellants,

versus

JOHN DOE #1, et al.,

Consol Defendants.

---

Appeal from the United States District Court
for the Southern District of Florida

---

ORDER: Motion to voluntarily dismiss appeal filed by Appellants Joseph Myers and Lighthouse Transportation Services, LLC is GRANTED by clerk [9946977-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective May 31, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION